MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEUTSCHER INDUSTRIE-UND HANDELSKAMMERTAG v.           Case No. 09cv1115 DMS(RBB)
GERMAN AMERICAN CHAMBER OF COMMERCE                  **Time Spent:**

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                         Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Simon Frankel | John Buche |
| Bingham Leverich | Sean Sullivan |
| Leslie Harvey | David Miller |

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

The settlement conference on September 9, 2010, at 2:00 p.m. is vacated.

A stipulation and order of dismissal with prejudice (ECF No. 67) was filed on August on August 20, 2010.

DATE: August 23, 2010          IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc: Judge Sabraw                                    INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\DEUTSCHER1115\Minute10.wpd